ACCEPTED
03-14-00737-CV
4770324
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 12:53:16 PM
JEFFREY D. KYLE
CLERK

Chase Carmen Hunter
340 S Lemon Ave #9039 :: Walnut, CA 91789
Tel: (707) 706-3647 :: Fax: (703) 997-5999
Email: Chase_Hunter@yahoo.com
April 6, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/6/2015 12:53:16 PM

JEFFREY D. KYLE
Clerk

Velva Price
Travis County Texas District Court Clerk
1000 Guadalupe
Austin, TX 78701

Via e-file

RE: Travis County District Court case D-1-GN-13-001957 and Third Court of Appeals case 03-13--00737-cv

Ms. Price:

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1) and Texas Gov't Code Section 522 et seq., I request that you prepare, certify, and file a supplemental record in the above-referenced case that includes all copies of the following correspondence:

1.  Mailing envelopes in which your office received documents for filing in this above-referenced case;
2.  Written correspondence your office received from Chase Carmen Hunter, including but not limited to, emails, facsimiles, and electronic communications received via the electronic filing system that were received in the above-referenced case and related case D-1-GN-13-002576;
3.  Written correspondence sent by you or someone in your office to Chase Carmen Hunter, including but not limited to emails, facsimiles, and electronic communications sent via the electronic filing system that were sent in the above-referenced case and related case D-1-GN-13-002576;
4.  Written correspondence to your office regarding Chase Carmen Hunter that is not requested above that was not a document to be filed by any of the parties;
5.   Written correspondence from your office regarding Chase Carmen Hunter that is not requested above that was not a document to be filed by any of the parties;
6.  Your written explanation why your first filing of the record in the above-referenced case was not complete and did not include the June 24, 2014, Notice of Court Setting, and the July 12, 2013, letter from clerk; both of which were requested by Cynthia Morales on March 30, 2015.

Thank you,

/s/ Chase Carmen Hunter

Chase Carmen Hunter